## Bond, Appellant, *v.* Barrett. (No. 2.)

OPINION BY HEAD, J., July 18, 1912:

This appeal is that of the plaintiff from the same decree entered in the same cause fully considered in the appeal of Cordie H. Barrett, the other party thereto, in an opinion this day filed, ante, p. 307. For the reasons therein given the assignments of error in the present appeal are overruled, the appeal is dismissed, and the decree of the learned court below affirmed.